IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                  CRIMINAL CASE NO. 1:09-CR-121-SA

MAURICE ACKER                                                   DEFENDANT

ORDER OF CONDITIONAL RELEASE PURSUANT TO 18 U.S.C. § 4243

Maurice Acker was civilly committed under 18 U.S.C. § 4243 (hospitalization of a person found not guilty only by reason of insanity). The Court has received annual reports regarding Acker's mental status. In the most recent Report dated May 12, 2023, the Bureau of Prisons' Risk Assessment Review Panel concluded that Acker has recovered from his mental disease or defect to such extent that his conditional release, under a prescribed regimen of medical, psychiatric, or psychological care and treatment, would no longer create a substantial risk of bodily injury to another person or serious damage to property of another.

The Court has also conferred with counsel for the Defendant and for the Government, and no objection was raised as to Acker's conditional release.

It is hereby ORDERED, pursuant to the provisions of 18 U.S.C. § 4243, that Acker is conditionally released subject to the following conditions, until further order of the Court:

1. He shall reside at Road to Damascus, 2539 West High Street, Springfield, MO 65803. He will not change his place of residence without prior authorization from the U.S. Probation Service.

2. He shall actively participate in, and cooperate with, a regimen of mental health care and psychiatric aftercare as directed by the U.S. Probation Service. This is to include his voluntary admission to an inpatient psychiatric facility for stabilization should it be deemed necessary. He must abide by all the rules, regulations, and instructions of the staff and comply with the recommended treatment regimen.

3. He shall continue to take all psychotropic medication, including injectable units (if prescribed), as prescribed for him by the treatment provider.

4. He shall waive his rights to confidentiality regarding his mental health treatment in order to allow sharing of information with the supervising U.S. Probation Officer and other mental health treatment providers.

5. He shall abstain from alcohol and illegal drug use, as well as the abuse of over-the-counter medications, and submit to testing for use of drugs and alcohol at the direction of the U.S. Probation Service. He will participate in any program of substance abuse counseling, treatment, or therapy as directed by the U.S. Probation Service.

6. He shall not have in his possession at any time actual or imitation firearms, ammunition, or other deadly weapons. He shall submit to a warrantless search on request of his U.S. Probation Officer or any law enforcement officer of his person or property for the purpose of determining compliance with this provision and will permit confiscation of any such contraband.

7. He shall not commit a federal, state, or local crime and shall notify the U.S. Probation Service if he is arrested or question by any law enforcement officer. He shall not associate with any person convicted of a felony unless granted permission to do so from his U.S. Probation Officer.

8. Annual status reports on Mr. Acker will be written by the U.S. Probation Service and provided to this Court.

It is further ORDERED that the United States Probation Service may seek modification of these conditions and that Acker may petition the Court for modification of these conditions.

SO ORDERED, this the 12th day of July, 2023.

/s/ Sharion Aycock  
UNITED STATES DISTRICT JUDGE